# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 19-10023 RGK (GJSx) | Date | January 17, 2020 |
|---|---|---|---|
| Title | **LIDIA ESPINOZA v. WALMART INC., et al** | | |

| Present: The Honorable | R. GARY KLAUSNER, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Sharon Williams (not present) | Not Reported | N/A |
| Deputy Clerk | Court Reporter | Tape No. |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |
| None | | None |

**Proceedings:**     IN CHAMBERS — ORDER REMANDING ACTION TO STATE COURT

    On December 17, 2019, the Court issued an order remanding this action to state court, but stayed the order pending notice of waiver by Plaintiff. Court records show that Plaintiff did not file a Notice of Waiver. Therefore, the Court hereby **remands** this action in its entirety to state court.

    **IT IS SO ORDERED**.